| | |
|---|---|
| 1 | THOMAS P. RILEY, ESQUIRE (State Bar # 194706) |
| 2 | LAW OFFICES OF THOMAS P. RILEY, P.C. |
|   | First Library Square |
| 3 | 1114 Fremont Avenue |
|   | South Pasadena, CA 91030-3227 |
| 4 | Tel.: (626) 799-9797 |
|   | Fax: (626) 799-9795 |
| 5 | TPRLAW@att.net |
| 6 | Attorneys for Plaintiff |
|   | MAIN EVENTS/ |
| 7 | MONITOR PRODUCTIONS, |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MAIN EVENTS/ MONITOR PRODUCTIONS, | ) ) ) | CASE NO. 3:96-cv-04517-MHP |
| Plaintiff, | ) ) | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| vs. | ) ) ) | |
| CHIMES CICO doing business as Court Lounge, | ) ) ) | |
| Defendant, | ) ) | |

Plaintiff hereby request the court approve the substitution of Thomas P. Riley, Esquire as attorney of record in the place and stead of Jill M. Pietrini, Esquire, the present attorney.

Signature of Party/Authorized Representative of Party:

DATED: __6/5/2007__    MAIN EVENTS/
MONITOR PRODUCTIONS,

By: [signature]
Name: Thomas P. Riley, Esquire
Title: Attorney-In-Fact

I have given proper notice pursuant to Local Rule 11-5(a) which provides that counsel may not withdraw from an action until relieved by a court order after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case.

1  Further, I consent to the above substitution.

2  DATED: April 12, 2007

                                          JILL M. PIETRINI, ESQUIRE.

I am duly admitted to practice in this district and request that the court approve my substitution as attorney of record in the place and stead of Jill M. Pietrini, Esquire. My contact information is:

| | |
|---|---|
| Mailing Address: | 1114 Fremont Avenue<br>South Pasadena, CA 91030-3227 |
| Telephone: | 626-799-9797 |
| Facsimile: | 626-799-9795 |
| Email: | TPRLAW@att.net |
| State Bar #: | 194706 |

DATED: April 11, 2007

                                           LAW OFFICES OF THOMAS P. RILEY, P.C.

                                           By:
                                                 THOMAS P. RILEY, ESQ.
                                                 State Bar # 194706

<u>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY</u>

The court hereby orders that the request of Plaintiff TOP RANK, INC. to substitute Thomas P. Riley, Esquire, who is retained as counsel and attorney of record in place and in stead of Jill M. Pietrini, Esquire is hereby granted.

DATED: June 7, 2007

                                      JUDGE
                                      DISTRICT

IT IS SO ORDERED
Judge Marilyn H. Patel

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 6, 2007, I served:

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

On all parties referenced by enclosing true copies thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Darryl J. Billups, Esquire
P.O. Box 165
Fremont, CA 94537

Mr. Peter C. Pappas, Esquire
2400 Sycamore Drive, Suite 40
Antioch, CA 94509

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed June 6, 2007, at South Pasadena, California.

Dated: June 6, 2007

**ANGEL ATHERALL**